**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 4:25-cv-10049-DPG**

**PATRICK COMACK,**

**Plaintiff**,

**v.**

**NORTHWELL HEALTH, INC., et al.,**

**Defendants**.
_______________________________________/

**ORDER**

**THIS CAUSE** comes before the Court on Defendants Northwell Health, Inc. and Martin H. Niethamer, M.D.'s Motion to Dismiss. [ECF No. 12]. On July 7, 2025, this Court referred the case to Magistrate Judge Marty Fulgueira Elfenbein for a ruling on all pretrial non-dispositive matters and a report and recommendation on all dispositive matters. [ECF No. 15]. On May 27, 2026, Judge Elfenbein issued her Report and Recommendation, recommending that Defendants' Motion to Dismiss be granted (the "Report"). [ECF No. 34]. On August 20, 2026, Plaintiff filed his objections to the Report. [ECF No. 39].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The objected portions of the report and recommendation are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which no specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). After conducting a *de novo* review of the record, the Court agrees with Judge

Elfenbein's well-reasoned analysis and conclusions that Defendants' Motion to Dismiss should be granted.

## CONCLUSION

Therefore, it is **ORDERED AND ADJUDGED** as follows:

(1) The Amended Report and Recommendation, [ECF No. 34], is **ADOPTED** in full.

(2) Defendants Northwell Health, Inc. and Martin H. Niethamer, M.D.'s Motion to Dismiss, [ECF No. 12], is **GRANTED**.

(3) The Court finds that it lacks personal jurisdiction over Defendants.

(4) Plaintiff's Complaint, [ECF No. 1], is **DISMISSED without prejudice**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of August, 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**